```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/16/10
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
ZBIGNIEW SLUPINSKI,

                       Plaintiff,

          v.

FIRST UNUM LIFE INS. CO. and,
WEIL, GOTSHAL & MANGES LONG
TERM DISABILITY INCOME PLAN,

                     Defendants.
------------------------------------------------------x

99 Civ. 0616 (TPG)

**STIPULATION AND
ORDER OF DISMISSAL
<u>WITH PREJUDICE</u>**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for plaintiff Zbigniew Slupinski and for defendants First Unum Life Insurance Company and Weil, Gotshal & Manges Long Term Disability Plan that, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the above-entitled action is dismissed, with prejudice and without costs to either party as against the others. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: New York, New York
        February 1, 2010

KELLER ROHRBACK LLP

By: _____
David Preminger, Esq. (DP 1057)
Attorneys for Plaintiff
770 Broadway, 2nd Floor
New York, New York 10003
(646) 495-6198

GALLAGHER HARNETT &
LAGALANTE, LLP

By: _____
Louis M. Lagalante, Esq. (LML 2022)
(A Member of the Firm)
Attorneys for Defendants
380 Lexington Avenue, Suite 2120
New York, New York 10168
(212) 983-9700

SO ORDERED:

_____
Thomas P. Griesa, U.S.D.J.

2/11/10



RECEIVED
FEB 2 – 2010
CHAMBERS OF
JUDGE GRIESA